670

*December 6, 1938.*

ESTATE OF ROSS: WEISE and others, Appellants, vs. WALKER and another, Respondents.

For the appellants: *Fiedler, Boardman, Jones & Fiedler* of Mineral Point.

For the respondents: *Garrigan, Keithley & O'Neal* of Beloit, and *John A. Walsh* of Mineral Point.

*By the Court.*—Judgment affirmed.

ROHDE, Administrator, Appellant, vs. GESSERT, Administrator, and another, Respondents.

For the appellant: *Eugene L. McIntyre* of Milwaukee.
For the respondents: *D. J. Regan* of Milwaukee.
*By the Court.*—Judgment affirmed.

CALUMET, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Fisher & Fisher* of Janesville.

For the respondent Industrial Commission: *Orland S. Loomis,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Chicago, Milwaukee, St. Paul & Pacific Railroad Company and the trustees thereof: *Bender, Trump & McIntyre,* attorneys, and *Kneeland A. Godfrey* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.